**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DYNAENERGETICS EUROPE GMBH,** | § | |
| **and DYNAENERGETICS US, INC.** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:20-CV-01201-ADA** |
| | § | |
| **NEXTIER OILFIELD SOLUTIONS,** | § | **Jury Trial Demanded** |
| **INC.** | § | |
| | § | |
| *Defendant.* | § | |

---

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule AT-3, Defendant Nextier Oilfield Solutions, Inc. ("Nextier") files this Motion to Withdraw and for Substitution of Counsel.

Nextier approves of and requests that the Court enter an order substituting Amir Alavi of the law firm of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., as counsel of record for Nextier, and allowing C. Erik Hawes of the law firm of Morgan, Lewis & Bockius, LLP to withdraw as counsel of record for Nextier.

Mr. Alavi will be substituted as lead counsel for Nextier.

This substitution of counsel is not being taken for the purposes of delay.

Dated:  April 20, 2021                    Respectfully submitted,


                                        */s/ C. Erik Hawes*
                                        C. Erik Hawes
                                        State Bar No. 24042543
                                        Southern District of Texas No. 34000
                                        erik.hawes@morganlewis.com
                                        1000 Louisiana Street, Suite 4000

Houston, Texas 77002-5006
T. 713.890.5000
F. 713.890.5001

**ATTORNEY IN CHARGE FOR DEFENDANT
NEXTIER OILFIELD SOLUTIONS INC.**


*/s/ Amir Alavi*
Amir Alavi
State Bar No. 00793239
**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
aalavi@azalaw.com

**SUBSTITUTING COUNSEL FOR
ATTORNEYS FOR DEFENDANT
NEXTIER OILFIELD SOLUTIONS, INC.**


## CERTIFICATE OF CONFERENCE

On April 19, 2021 counsel for Defendants conferred with counsel for Plaintiffs DynaEnergetics Europe GmBH and DynaEnergetics US, Inc. asking if they opposed this withdrawal and substitution of counsel. Counsel for Plaintiffs indicated they are not opposed to this motion.

*/s/ C. Erik Hawes*
C. Erik Hawes

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2021, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Western District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

*/s/ C. Erik Hawes*
C. Erik Hawes