**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DYNAENERGETICS EUROPE GMBH,** **and DYNAENERGETICS US, INC.** | § § § | |
| *Plaintiffs,* | § § § | |
| **v.** | § § | **Civil Action No. 6:20-CV-01201-ADA** |
| **NEXTIER OILFIELD SOLUTIONS** **INC.** | § § § | **Jury Trial Demanded** |
| *Defendant.* | § § | |

## NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance as lead counsel for Defendant NexTier Oilfield Solutions Inc. ("Defendant"): Amir Alavi, State Bar No. 00793239, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, (713) 655-0062 (Facsimile), and aalavi@azalaw.com. Mr. Alavi is currently admitted to practice in the Western District of Texas.

Dated:  April 21, 2021

Respectfully submitted,

*/s/ Amir H. Alavi*

Amir Alavi
State Bar No. 00793239
**AHMAD, ZAVITSANOS, ANAIPAKOS,**
**ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
aalavi@azalaw.com

**ATTORNEYS FOR DEFENDANT**
**NEXTIER OILFIELD SOLUTIONS INC.**

## CERTIFICTE OF SERVICE

I hereby certify that on April 21, 2021, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Western District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

/s/ Amir Alavi
Amir Alavi