IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>NEXTIER COMPLETION SOLUTIONS INC.<br><br>*Defendant.* | §§§§§§§§§§§§<br><br>Civil Action No. 6:20-CV-01201<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

Please take notice that the following attorney is entering an appearance for Defendant NexTier Completion Solutions ("NCS"): Michael McBride, State Bar No. 24065700, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., (713) 655-1101, (713) 655-0062 (Facsimile), and mmcbride@azalaw.com. Mr. McBride is currently admitted to practice in the Western District of Texas. Amir Alavi will remain as lead counsel in the case.

Dated: June 23, 2021                        Respectfully submitted,

*/s/ Michael McBride*
Amir Alavi
State Bar No.: 00793239
Michael McBride
State Bar No.: 24065700
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101

1

aalavi@azalaw.com
mmcbride@azalaw.com

**ATTORNEYS FOR DEFENDANT
NEXTIER COMPLETION SOLUTIONS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the June 23, 2021, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Western District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

                                                  */s/ Michael McBride*
                                                  Michael McBride