**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DYNAENERGETICS EUROPE GMBH,** | § | |
| **and DYNAENERGETICS US, INC.** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **Civil Action No. 6:20-CV-01201** |
| | § | |
| **NEXTIER COMPLETION** | § | **Jury Trial Demanded** |
| **SOLUTIONS INC.** | § | |
| | § | |
| *Defendant.* | § | |

---

**UNOPPOSED MOTION TO WITHDRAW**
**DEFENDANT NEXTIER COMPLETION SOLUTIONS INC.**
**MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF TEXAS**

---

Defendant NexTier Completion Solutions Inc. ("NexTier") files this Motion to Withdraw its Motion to Transfer to the Southern District of Texas (the "Motion") (Dkt. 34).

NexTier has conferred with Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. and they have indicated they are not opposed to the present motion.

WHEREFORE, NexTier requests that the Court withdraw its Motion in the above-captioned matter.

Dated:  September 29, 2021                    Respectfully submitted,

/s/ *Amir Alavi*_____
Amir Alavi
State Bar No. 00793239
Demetrios Anaipakos
State Bar No. 00793258
Michael McBride
State Bar No. 24065700
Steven Jugle
State Bar No. 24083280
Joshua Wyde
State Bar No. 24060858
Louis Liao
State Bar No. 24109471
Colin Phillips
State Bar No. 24105937
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI
     & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
aalavi@azalaw.com
danaipakos@azalaw.com
mmcbride@azalaw.com
sjugle@azalaw.com
jwyde@azalaw.com
lliao@azalaw.com
cphillips@azalaw.com

**ATTORNEYS FOR DEFENDANT
NEXTIER COMPLETION
SOLUTIONS INC.**

## **CERTIFICATE OF CONFERENCE**

     I hereby certify that on September 28, 2021, counsel for NexTier conferred with counsel for DynaEnergetics by email wherein they stated that they were unopposed to the relief sought in the present motion.

*/s/ Amir Alavi*
Amir Alavi

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the September 29, 2021, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Western District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

*/s/ Amir Alavi*
Amir Alavi