IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> NEXTIER COMPLETION SOLUTIONS INC. <br><br>    Defendant. | Civil Action No: 6:20-cv-01201-ADA |
| NEXTIER COMPLETION SOLUTIONS INC., <br><br>    Plaintiff, <br><br>    v. <br><br> DYNAENERGETICS EUROPE GMBH ET AL, <br><br>    Defendants. | Civil Action No. 6:21-cv-01017-ADA |

## ORDER

On this date came for consideration the Parties in the above captioned cases Joint Motion for Consolidation. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Joint Motion for Consolidation be and is hereby GRANTED, and that the following cases are consolidated for all purposes, through trial and any appeals, 6:20-cv-01201-ADA *DynaEnergetics Europe GmbH et al v. NexTier Completion Solutions Inc.* and 6:21-cv-01017-ADA *NexTier Completion Solutions Inc. v. DynaEnergetics Europe GmbH et al.* The Court further aligns the schedule in the two cases pursuant to the Proposed Scheduling Order, Dkt. No.

44, in Case No. 6:20-cv-01201-ADA *DynaEnergetics Europe GmbH et al v. NexTier Completion Solutions Inc.*

Case No. 6:20-cv-1201-ADA shall be the lead case with 6:21-cv-1017-ADA as the member case.

IT IS SO ORDERED. Signed this 19th day of October, 2021

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE