IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC. | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 6:20-cv-01201-ADA |
| NEXTIER COMPLETION SOLUTIONS INC. | § § § | Jury Trial Demanded |
| *Defendant.* | § § § § | |

**DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Defendant NexTier Completion Solutions Inc. ("NexTier") file this Unopposed Motion to Substitute Counsel. Defendant NexTier respectfully request that Todd Mensing (State Bar No. 24013156) and Jason McManis (State Bar No. 24088032), of Ahmad, Zavitsanos & Mensing, PC, 1221 McKinney Street, Suite 2500, Houston, Texas 77010, be designated as lead counsel of record and counsel of record (respectively) in this case, and that Amir Alavi (State Bar No. 00793239), Demetrios Anaipakos (State Bar No. 00793258), Michael McBride (State Bar No. 24065700), Joshua Wyde (State Bar No. 24060858), Steven Jugle (State Bar No. 24083280), and Scott W. Clark (State Bar No. 24007003) be removed as attorneys of record, effective immediately. This substitution is unopposed by counsel for Plaintiffs DynaEnergetics Europe GMBH and DynaEnergetics US, Inc.

1

Dated: July 5, 2022

Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING, PC

*/s/ Todd Mensing*
Todd Mensing
State Bar No. 24013156
Jason McManis
State Bar No. 24088032
Louis Liao
State Bar. No. 24109471
Colin Phillips
State Bar No. 24105937
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
tmensing@azalaw.com
jmcmanis@azalaw.com
lliao@azalaw.com
cphillips@azalaw.com

**ATTORNEYS FOR DEFENDANT NEXTIER COMPLETION SOLUTIONS, INC.**

**CERTIFICATE OF CONFERENCE**

I certify that on July 5, 2022, I conferred with Barry Herman, counsel for DynaEnergetics Europe GMBH and DynaEnergetics US, Inc., who indicated that Plaintiffs are unopposed to the relief requested in this motion.

                                               */s/ Colin Phillips*
                                               Colin Phillips

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on July 5, 2022. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                               */s/ Colin Phillips*
                                               Colin Phillips