IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 6:20-CV-01201-ADA |
| NEXTIER COMPLETION SOLUTIONS INC., | § § § | Jury Trial Demanded |
| *Defendant.* | § § § | |

**JOINT NOTICE REGARDING COMPLETED POST-GRANT REVIEW PROCEEDINGS**

Pursuant to the Court's December 20, 2021, Order Granting [64] Motion to Stay Case, Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc., (collectively "DynaEnergetics") and Defendant NexTier Completion Solutions Inc. ("NexTier") (collectively, "the Parties") hereby notify the Court that the Patent Trial and Appeal Board ("PTAB") recently found certain claims of the asserted patent unpatentable based on post-grant review ("PGR") proceedings brought by G&H Diversified Manufacturing, LP.

In particular, on October 31, 2022, the PTAB held that claims 1-21 of U.S. Patent No. 10,844,697 are unpatentable (PGR2021-00078, Paper No. 46, attached as Exhibit 1).

Any request for rehearing is due on November 30, 2022, and if DynaEnergetics does not request rehearing, notice of appeal will be due January 3, 2023.

<table>
<tr><td>

Dated:  November 11, 2022

 /s/ Preston H. Heard
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Mark D. Siegmund
Texas Bar No. 24117055
STECKLER WAYNE COCHRAN CHERRY, PLLC
8416 Old Mcgregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

WOMBLE BOND DICKINSON (US) LLP
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)

</td><td>

Respectfully submitted,

 /s/ Louis Liao
Todd Mensing
State Bar No. 24013156
Louis Liao
State Bar No. 24109471
Colin Phillips
State Bar No. 24105937
**AHMAD, ZAVITSANOS & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
tmensing@azalaw.com
lliao@azalaw.com
cphillips@azalaw.com

*Attorneys for Defendant NexTier Completion Solutions Inc.*

</td></tr>
</table>

New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for DynaEnergetics Europe GmbH and DynaEnergetics Us, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on November 11, 2022. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                                           */s/ Colin Phillips*
                                                           Colin Phillips