IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NEXTIER OILFIELD SOLUTIONS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:20-cv-01201-ADA <br><br> JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF FIRM AND ADDRESS
## FOR LISA J. MOYLES AND JASON M. ROCKMAN

**PLEASE TAKE NOTICE**, that attorneys Lisa J. Moyles and Jason M. Rockman have moved from Moyles IP, LLC to the law firm of Womble Bond Dickinson (US) LLP.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Lisa J. Moyles and Jason M. Rockman at the law firm of Womble Bond Dickinson (US) LLP. Their respective contact information is provided below:

Lisa J. Moyles
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2144
Email: Lisa.Moyles@wbd-us.com

Jason M. Rockman
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC 20006
Telephone: (202) 857-4560
Email: Jason.Rockman@wbd-us.com

Dated: April 28, 2023

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PLLC
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
msiegmund@cjsjlaw.com

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
WOMBLE BOND DICKINSON (US) LLP

       555 Fayetteville Street, Suite 1100
       Raleigh, NC 27601
       Telephone: (919) 755-2144
       Email: Lisa.Moyles@WBD-us.com

       Jason M. Rockman (*pro hac vice*)
       New York Bar No. 4450953
       WOMBLE BOND DICKINSON (US) LLP
       2001 K Street, NW, Suite 400 South
       Washington, DC 20006
       Telephone: (202) 857-4560
       Email: Jason.Rockman@wbd-us.com

       *Attorneys for Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Eric H. Findlay*
