

TODD W. MENSING
BOARD CERTIFIED-CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT 713.600.4904
MAIN 713.655.1101
FAX 713.655.0062
tmensing@azalaw.com

May 24, 2023

*Via E-file*
U.S. District Clerk
Western District of Texas, Waco Division
800 Franklin Ave., Room 380
Waco, Texas 76701

    Re:    Todd W. Mensing – Vacation Letter; C.A. No. 6:20-cv-01201-ADA; *DynaEnergetics Europe GMBH, et al. v. NexTier Oilfield Solutions Inc.* - U.S. District Court for the Western District of Texas, Waco Division

Dear Sir/Madam:

    Please note that the undersigned counsel for Defendant NexTier Oilfield Solutions Inc. in the above-captioned case hereby designates the following vacation dates:

Friday, July 14, 2023-July 28, 2023

    During this period, I respectfully request that the court not set any hearings, trial or other court appearances.  All counsel of record are being copied with this correspondence via e-service.

    Should you have any questions, please do not hesitate to contact me.

Sincerely,<br><br>Todd W. Mensing

TWM/rba

ATTORNEYS AT LAW  |  1221 MCKINNEY, SUITE 2500  |  HOUSTON, TEXAS 77010  |  AZALAW.COM